# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| ASHLEY M CLEVENGER,<br>*Plaintiff*<br>v.<br>CAROLYN W. COLVIN,<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 12-CV-0553-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ **the plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ **the plaintiff recover nothing**, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ **other:**  Judgment is entered for Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on Motions for Summary Judgment.

Date:  07/30/2013                                    CLERK OF COURT

                                                    s/Linda Hansen, Deputy Clerk
                                                    Signature of Clerk or Deputy Clerk